Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

**NUSRATILLA ABDUKHAMIDOV,**
Plaintiff,

v.

**DEFENDANTS.**

**Case No. 3:26-cv-00005**

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Nusratilla Abdukhamidov, proceeding pro se, respectfully moves the Court for voluntary dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

This action was filed concerning the delay in the adjudication of Plaintiff's Form N-400, Application for Naturalization, including the scheduling of Plaintiff's naturalization interview.

USCIS subsequently scheduled Plaintiff's naturalization interview, and Plaintiff appeared for and completed the N-400 naturalization interview on July 24, 2026.

Because the naturalization interview that was the subject of Plaintiff's requested relief has now been completed, Plaintiff no longer seeks to pursue this mandamus action. Plaintiff therefore respectfully requests that the Court dismiss this action without prejudice and terminate this case.

Plaintiff's voluntary dismissal of this federal action is not intended to withdraw, abandon, or otherwise affect Plaintiff's underlying N-400 application or any administrative rights or remedies available with respect to the USCIS decision on that application.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order dismissing this action without prejudice and terminating the case.